■ STEVEN M. CEREFIN, Respondent, v ROSS FANARA et al., Appellants. [797 NYS2d 347]—Appeal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered October 25, 2004. The order denied defendants' motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and

the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Green, Gorski, Martoche and Smith, JJ.